UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DAVID LEE BABCOCK,

                              Plaintiff,

v.                                           Action No. 3:10−CV−431

COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant.

## FINAL ORDER

This matter comes before the Court on David Lee Babcock's objections to Judge Dennis Dohnal's Report and Recommendation affirming the Social Security Administration's denial of his application for Social Security Disability and Supplemental Security Income payments (Docket No. 15). For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Babcock's objections and ADOPTS Judge Dohnal's Report and Recommendation (Docket No. 14) denying Babcock's Motion for Summary Judgment (Docket No. 9), GRANTS Defendant's Motion for Summary Judgment (Docket No. 13), AFFIRMS the Commissioner's decision to deny benefits to Babcock.

Let the Clerk send a copy of this Order to all counsel of record and Mr. Babcock.

It is SO ORDERED.

                                                      /s/
                                James R. Spencer
                                Chief United States District Judge

ENTERED this   18th   day of July 2011